# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**DERRICK SHAUN HINES**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:07MJ00040-001**

Michael Petrik, AFD

Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges 1-3 as alleged in the violation petition filed on 8/21/2008 .

[✔]  contested the violation of conditions of supervision as to charge 4 consistent with his initial denial of guilt, and provided the court with a report on the status of compliance.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Defendant failed to clear prior failure to appear | 8/21/2008 |
| 2 | Defendant failed to appear for a 6/6/2007 court date in Red Bluff, CA | 6/6/2007 |
| 3 | Defendant was cited for driving while license suspended | 4/26/2007 |

The court:  [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on   4/25/2007  .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge 4 is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

8/28/2008

Date of Imposition of Sentence

U.S. MAGISTRATE JUDGE

September 9, 2008

Date

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation

CASE NUMBER:        2:07MJ00040-001                                          Judgment - Page 2  of  3
DEFENDANT:          DERRICK SHAUN HINES

# PROBATION

The defendant's term of court probation is hereby CONTINUED for  6 months, through 2/26/09 .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of controlled substance.  The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]                      The above drug testing condition is suspended based on the court's determination that the
                         defendant poses a low risk of future substance abuse.  (Check, if applicable.)

[✔]                      The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
                         (Check, if applicable.)

[ ]                      The defendant shall submit to the collection of DNA as directed by the probation officer.  (Check, if
                         applicable.)

[ ]                      The defendant shall register and comply with the requirements in the federal and state sex
                         offender registration agency in the jurisdiction of conviction, Eastern District of California, and in
                         the state and in any jurisdiction where the defendant resides, is employed, or is a student.  (Check,
                         if applicable.)

[ ]                      The defendant shall participate in an approved program for domestic violence.  (Check, if
                         applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

| CASE NUMBER: | 2:07NJ00040-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | DERRICK SHAUN HINES | |

## SPECIAL CONDITIONS OF PROBATION

1.  Defendant ordered to pay all outstanding fines, by the time they are due, to the counties in which they are owed, and not later than 2/26/2009.
2.  Defendant to inform the Court of his progress toward actually obtaining his GED.